# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THEODORE O'DELL WILSON, | No. CV 08-5268-MMM (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ARNOLD SCHWARZENEGGER, Governor, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 21, 2010

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE